IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MIKE SAMADI,

    Plaintiff,

v.      CV 116-157

HOUSING AUTHORITY OF THE
CITY OF AUGUSTA,

    Defendant.

# ORDER

In this case, Defendant seeks a dismissal under Federal Rule of Civil Procedure 19 (doc. 23), and Plaintiff wishes to voluntarily dismiss his complaint without prejudice under Federal Rule of Civil Procedure 41 (doc. 24). Thus, both parties request that the Court dismiss this case without prejudice. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 26th day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA